IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOLA BRONSTEIN,<br><br>                    Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.<br><br>                    Defendants. | CIVIL ACTION<br>NO. 18-4223 |

## **ORDER**

**AND NOW**, this 10th day of February 2020, upon consideration of Plaintiff's Complaint (see Doc. No. 1), Defendant Mattleman, Weinroth & Miller, P.C.'s Motion to Dismiss (Doc. No. 13), Plaintiff's Response in Opposition (Doc. No. 14), Defendant Mattleman, Weinroth & Miller, P.C.'s Reply (Doc No. 18), the arguments made by counsel for the parties at the hearing held on December 11, 2019, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendant Mattleman, Weinroth & Miller, P.C.'s Motion to Dismiss (Doc. No. 13) is **GRANTED IN PART** and **DENIED IN PART**. Defendant Mattleman, Weinroth & Miller, P.C.'s Motion to Dismiss is **GRANTED** with respect to Plaintiff's claims against it under the Pennsylvania Fair Credit Extension Uniformity Act (Count II) and Pennsylvania Unfair Trade Practices and Consumer Protection Law (Count III). Defendant Mattleman, Weinroth & Miller, P.C.'s Motion to Dismiss is **DENIED** with respect to Plaintiff's claims against it under Fair Debt Collection Practices Act (Count I).

2. Counts II and III of Plaintiff's Complaint against Defendant Mattleman, Weinroth & Miller, P.C. are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.